# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KRISTIN A. BRANNON  
4012 RENN HART ILL RD. UNIT 6    SSN-xxx-xx-5581  
LOVES PARK, IL  61111

Case Number: 06-72477

Case filed on: 12/28/2006  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,000.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 936.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 936.00 | 0.00 |
| 999 | KRISTIN A. BRANNON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 712.26 | 712.26 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,111.94 | 1,111.94 | 0.00 | 0.00 |
| 010 | CARDMEMBER SERVICE / CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CORNERSTONE CLINIC | 30.00 | 30.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 493.27 | 493.27 | 0.00 | 0.00 |
| 015 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISCOVER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PREMIER BANKCARD/CHARTER | 431.97 | 431.97 | 0.00 | 0.00 |
| 018 | HSBC AUTO FINANCE | 23,424.76 | 0.00 | 0.00 | 0.00 |
| 019 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,387.26 | 1,387.26 | 0.00 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 2,821.96 | 2,821.96 | 0.00 | 0.00 |
| 024 | PROACTIV SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RPMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITORS BANKRUPTCY SERVICE | 514.64 | 514.64 | 0.00 | 0.00 |
| 029 | STATE FARM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CREDITORS BANKRUPTCY SERVICE | 520.13 | 520.13 | 0.00 | 0.00 |
| 032 | TARGET STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | COTTONWOOD FINANCIAL | 602.50 | 602.50 | 0.00 | 0.00 |
| 034 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WELLS FARGO FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WFFNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | JAMES BRANNON, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ECAST SETTLEMENT CORPORATION | 607.17 | 607.17 | 0.00 | 0.00 |
|  | Total Unsecured | 32,657.86 | 9,233.10 | 0.00 | 0.00 |
|  | Grand Total: | 34,657.86 | 11,233.10 | 936.00 | 0.00 |

Total Paid Claimant:      $936.00  
Trustee Allowance:         $64.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois
Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                    By  /s/Heather M. Fagan